

NUMBERS 13-09-00137-CR
13-09-00138-CR
13-09-00139-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

SYLVESTER BURNS,                                                                    Appellant,

v.

THE STATE OF TEXAS,                                                                 Appellee.

On appeal from the 28th District Court of Nueces County, Texas.

# MEMORANDUM OPINION

**Before Chief Justice Valdez and Justices Yañez and Benavides**
**Memorandum Opinion Per Curiam**

Appellant, Sylvester Burns, by and through his attorney, has filed a motion to dismiss his appeals because he no longer desires to prosecute them. *See* TEX. R. APP. P. 42.2(a). Without passing on the merits of the cases, we grant the motion to dismiss pursuant to Texas Rule of Appellate Procedure 42.2(a) and dismiss the appeals. Having

dismissed the appeals at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

PER CURIAM

Do not publish. *See* TEX. R. APP. P. 47.2(b).

Memorandum Opinion delivered and
filed this 16th day of July, 2009.